IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TIMOTHY C. ROTE,**

        Plaintiff,

v.

**COMMITTEE ON JUDICIAL CONDUCT AND DISABILITY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES; UNITED STATES DEPARTMENT OF JUSTICE; OREGON STATE BAR AND PROFESSIONAL LIABILITY FUND; COLORADO JUDICIAL DEPARTMENT; THE HON. ROBERT KUGLER; WILLIAM B. CROW,** Arbitrator; **THE HON. PAUL PAPAK; THE HON. ELIZABETH WEISHAUPL; THE HON. ROBERT HERNDON; THE HON. JAMES EGAN; BILLY WILLIAMS,** in his official capacity as U.S. Attorney and chief law official in Oregon; **CAROL BERNICK,** in her official capacity as CEO of the OSBPLF; **THE HON. SUSIE NORBY; JOHN DOES 1-5; OREGON JUDICIAL DEPARTMENT; OREGON STATE BAR; THE HON. MICHAEL MOSMAN; THE HON. MARCO HERNANDEZ; NANCY WALKER.**

        Defendants.

No. 3:19-cv-01988-MO

ORDER OF DISMISSAL

//

//

1 – ORDER OF DISMISSAL

**MOSMAN, J.,**

This court considers Plaintiff Timothy C. Rote's Amended Complaint [ECF 36] *sua sponte*. On September 6, 2019, I dismissed with prejudice a previous case filed by Mr. Rote in this court. Opinion and Order [ECF 78], *Rote v. Marshall et al.*, No. 3:19-cv-00082-MO (D. Or. Sept. 6, 2019). In his Amended Complaint in this case, Mr. Rote re-alleges the same fundamental story, and re-names some of the same defendants, that I dismissed with prejudice in his previous case. I therefore DISMISS Mr. Rote's Amended Complaint, and this case, with prejudice. All pending motions are DENIED as moot.

IT IS SO ORDERED.

DATED this 20th day of December, 2019.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge

2 – ORDER OF DISMISSAL